**WO** JKM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amon Remy,<br><br>        Petitioner,<br><br>vs.<br><br>Alberto R. Gonzales,<br><br>        Respondent. | No. CV 07-2215-PHX-SMM (DKD)<br><br>**ORDER** |

Petitioner Amon Remy (A77-909-074), who is confined in the Immigration Service Processing Center in Florence, Arizona, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Court will allow Petitioner 30 days to file an amended petition on a Court-approved form and to either pay the filing fee or file an application to proceed *in forma pauperis*.

**I.    Filing Fee**

Under Rule 3.5(b) of the Local Rules of Civil Procedure, the $5.00 filing fee must be paid if Petitioner has more than $25.00 in his inmate accounts. If Petitioner has less than $25.00 in his inmate accounts, he may seek leave to proceed without payment of the filing fee by filing an application to proceed *in forma pauperis*. Petitioner has not paid the $5.00 filing fee, nor has he filed an Application to Proceed *In Forma Pauperis*. Accordingly, Petitioner will be given 30 days in which to pay the filing fee or file a properly certified Application to Proceed *In Forma Pauperis*.

**JDDL**

1 **II.     Outdated Court-approved Form**

2      Additionally, the Petition was not filed on a *current* Court-approved form as required
3 by Rule 3.5(a) of the Local Rules of Civil Procedure ("[p]etitions for writs of habeas corpus
4 pursuant to . . . 28 U.S.C. § 2241 . . . shall be signed and legibly written or typewritten on
5 forms approved by the Court and in accordance with the instructions provided with the
6 forms").  The outdated form used by Petitioner does not sufficiently detail the status of his
7 immigration proceedings.  Accordingly, the Petition will be dismissed with leave to file an
8 am amended petition on a current Court-approved form.

9 **III.     Warnings**

10     **A.     Address Changes**

11     Petitioner must file and serve a notice of a change of address in accordance with Rule
12 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other
13 relief with a notice of change of address.  Failure to comply may result in dismissal of this
14 action.

15     **B.     Copies**

16     Petitioner must submit an additional copy of every filing for use by the Court.  See
17 LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice
18 to Petitioner.

19     **C.     Possible dismissal**

20     If Petitioner fails to timely comply with every provision of this Order, including these
21 warnings, the Court may dismiss this action without further notice.  See Ferdik v. Bonzelet,
22 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to
23 comply with any order of the Court).

24 **IT IS ORDERED:**

25     (1) The Petition is dismissed with leave to amend.  Petitioner must file an amended
26 petition within 30 days of the date this Order is filed.  The amended petition must be retyped
27 or rewritten in its entirety on a Court-approved form and may not incorporate any part of the
28 original Petition by reference.  The amended petition must be captioned "Amended Petition."

1    (2)  Petitioner must either pay the $5.00 filing fee or file a signed and certified
2 Application to Proceed *In Forma Pauperis* within 30 days of the date this Order is filed.
3    (3)  The Clerk of Court must enter a judgment of dismissal of this action without
4 prejudice and without further notice to Petitioner if Petitioner fails to: (a) file an Amended
5 Petition; **and** (b) either pay the five dollar filing fee **or** file a certified Application to Proceed
6 *In Forma Pauperis* by a Prisoner within 30 days of the date this Order is filed.
7    (4)  That the Clerk of Court must provide to Petitioner the current Court-approved
8 forms for filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and an
9 Application to Proceed *In Forma Pauperis* by a Prisoner (Habeas).
10    DATED this 3rd day of January, 2008.

Stephen M. McNamee
United States District Judge

**JDDL**

- 3 -