**WO** JKM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amon Remy,<br><br>    Petitioner,<br><br>vs.<br><br>Alberto R. Gonzales,<br><br>    Respondent. | No. CV 07-2215-PHX-SMM (DKD)<br><br>**ORDER TO SHOW CAUSE** |

On February 7, 2008, Amon Remy (A77-909-074) filed a *pro se* Second Amended Petition for Writ of Habeas Corpus (Doc. #5) pursuant to 28 U.S.C. § 2241 seeking his immediate release from custody on the grounds that his detention with no prospect that his removal would be effected in the reasonably foreseeable future was not authorized by law. See Zadvydas v. Davis, 533 U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will accept an alien's return in the reasonably foreseeable future, the INS may not detain the alien for more than the presumptively reasonable period of six months).

Respondent has filed a Suggestion of Mootness (Doc. #7) asserting that Petitioner was released on an order of supervision on February 21, 2008 and that he is, therefore, no longer subject to detention. A habeas corpus "petitioner's release from detention under an order of supervision 'moots his challenge to the legality of his extended detention.'" Abdala v. INS, 488 F.3d 1061, 1064 (9th Cir. 2007) (quoting Riley v. INS, 310 F.3d 1253, 1256-57 (10th Cir. 2002). Accordingly, Petitioner will be required to show good cause why this action should not be dismissed as moot.

**JDDL**

1   **IT IS HEREBY ORDERED** that Petitioner's Application to Proceed *In Forma*
2   *Pauperis* (Doc. #6) is **granted**.
3   **IT IS FURTHER ORDERED** that within 10 days from the date this Order is filed
4   Petitioner must file a response to this Order showing good cause why this action should not
5   be dismissed as moot.
6   **IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of
7   dismissal of this action as moot without further order of the Court if a response to this Order
8   is not filed within 10 days from the date this Order is filed.
9   DATED this 26th day of March, 2008.

Stephen M. McNamee
United States District Judge

**JDDL**

- 2 -